UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMBULATORY CARE CENTER, PA<br><br>       Plaintiff,<br><br> v.<br><br>SENTINEL INSURANCE COMPANY, LTD.<br><br>       Defendant. | Civil Action No. 20-5837-JHR-EAP<br><br>**ORDER** |

THIS MATTER having come before the Court upon the motion [Dkt. No. 20] of Defendant Sentinel Insurance Company, Ltd., by and through its counsel, for an order dismissing the complaint pursuant to Fed. R. Civ. P. 12(c); and the Court having considered the written submissions of the parties; and in light of the recent decision in *Wilson v. USI Ins. Serv.*, No. 20-3124, 2023 WL 116809 (3d Cir. Jan 6, 2023) and Plaintiff's Letter [Dkt. No. 29] indicating it does not oppose entry of Judgment in favor of Defendant; and for good cause shown:

IT IS ON THIS 15th day of February, 2023, hereby

ORDERED that the Defendant's Motion [Dkt. No. 20] is hereby GRANTED in its entirety without prejudice.

             */s/ Joseph H. Rodriguez*
             Hon. Joseph H. Rodriguez,
             United States District Judge